MYLES S. BREINER   4364
841 Bishop Street, Suite 2115
Honolulu, Hawaii   96813
Telephone:  (808) 526-3426
Facsimile:   (808) 521-7680
e-mail:  mbreiner@hawaii.rr.com

MARIA F. ERLER        7870
841 Bishop Street, Suite 2330
Honolulu, Hawaii   96813
Telephone:  (808) 524-1730
Facsimile:   (808) 532-2164
e-mail: erlerm@hawaii.rr.com

Attorneys for Plaintiff
KRISTOPHER KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KRISTOPHER KEALOHA, | Civil No. 09-299JMS/BMK (Other Non-Vehicle Tort: Civil Rights) |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY; PAULO FAASUAMANU, Individually and in his capacity as an Adult Corrections Officer; RICHARD SALGADO, Individually and in his capacity as an Adult Corrections Officer; DOMINIC MIELKE, Individually and in his Capacity as an Adult Corrections Officer; STANLEY GUEVARRA, Individually and in his capacity as an Adult Corrections Officer; ERWIN | |

| | |
|---|---|
| SAKIMA, Individually and in his capacity as an Adult Corrections Officer; KAIPO FIATOA, Individually and in his capacity as an Adult Corrections Officer; DOES 1-50, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

MYLES S. BREINER and MARIA F. ERLER's Motion to Withdraw as Counsel having come on for hearing on Tuesday, November 24, 2009 before the Hon. Barry M. Kurren, Deputy Attorney General John M. Cregor appearing on behalf of Defendants and having no opposition to Counsels' motion to withdraw,

IT IS HEREBY ORDERED that Myles S. Breiner and Maria F. Erler be allowed to withdraw as counsel in the instant matter.  Counsel Myles S. Breiner shall send the entire case file of Kristopher Kealoha via certified mail to him at his last known address of P.O. Box 520, Santa Rosa, New Mexico 88435 and shall include a copy of the Rule 16 Scheduling Order filed on October 30, 2009.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 25, 2009.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

KRISTOPHER KEALOHA V. STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY, ET AL.; CV. NO. 09-00299 JMS-BMK; ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL